PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                                       ) | **Docket Number: 1:04CR05285-01** |
| ) | |
| **Robert Lee HENDERSON**    ) | |
| ) | |

On August 1, 2005, the above-named was sentenced to 30 months custody with 3 years supervised release to follow, which commenced on March 23, 2007. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**

Dated:     October 8, 2009
              Modesto, California
              PRH:lr

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **Deborah A. Spencer
                    Supervising United States Probation Officer**

**Re:  Robert Lee HENDERSON**
**Docket Number:  1:04CR05285-01 OWW**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Robert Lee Henderson be discharged from supervised release, and that the proceedings in the case be terminated.

10/09/2009                                     /s/ OLIVER W. WANGER
**Date**                                            **Honorable Oliver W. Wanger**
                                                         **Senior United States District Judge**


Attachment:   Recommendation
cc:      United States Attorney's Office